*Joudeh, Petitioner, v. Pfau Cochran Vertetis Amala, PLLC, et al., Respondents*, No. 92537-2. Petition for review of a decision of the Court of Appeals, No. 72533-5-I, October 12, 2015, 190 Wn. App. 1030. *Denied* April 27, 2016.

*Ponce et al., Petitioners, v. Mountaineers, Respondent*, No. 92540-2. Petition for review of a decision of the Court of Appeals, No. 72415-1-I, November 2, 2015, 190 Wn. App. 1048. *Denied* April 27, 2016.

*State, Respondent, v. Burks, Petitioner*, No. 92549-6. Petition for review of a decision of the Court of Appeals, No. 46512-4-II, November 3, 2015, 191 Wn. App. 1003. *Denied* April 27, 2016.

*State, Respondent, v. Lister, Petitioner*, No. 92551-8. Petition for review of a decision of the Court of Appeals, No. 71818-5-I, August 24, 2015, 189 Wn. App. 1040. *Denied* April 27, 2016.

*Estrella, Petitioner, v. King County, Respondent*, No. 92555-1. Petition for review of a decision of the Court of Appeals, No. 72622-6-I, October 26, 2015, 190 Wn. App. 1042. *Denied* April 27, 2016.

*Rhodes, Petitioner, v. MacHugh, Respondent*, No. 92556-9. Petition for review of a decision of the Court of Appeals, No. 32509-1-III, November 3, 2015, 191 Wn. App. 104. *Denied* April 27, 2016.

*State, Respondent, v. Clark, Petitioner*, No. 92558-5. Petition for review of a decision of the Court of Appeals, No. 45203-1-II, November 3, 2015, 191 Wn. App. 1001. *Denied* April 27, 2016.

*Lowe, Petitioner, v. Lowe, Respondent*, No. 92562-3. Petition for review of a decision of the Court of Appeals, No. 32192-4-III, November 10, 2015, 191 Wn. App. 216. *Denied* April 27, 2016.